**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
AK MEETING IP, LLC,

                Plaintiff,

-against-　　　　　　　　　　　　　　　23 **CIVIL** 8214 (GHW)

**JUDGMENT**

EPIC GAMES, INC.,

                Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 07, 2025, Defendant's motion to dismiss the Second Amended Complaint is GRANTED without leave to amend; accordingly, the case is closed.

**Dated:** New York, New York

    July 8, 2025

                                    TAMMI M. HELLWIG

                                        **Clerk of Court**

BY:

                                        **Deputy Clerk**